IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEITH RUSSELL JUDD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Case No. CIV-00-1919-T |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant.  ) | |

### ORDER

On March 9, 2005, the Court entered an Order striking Petitioner's March 7, 2005, filing. More than a month[1] later, Petitioner, a federal prisoner, filed a Notice of Appeal and request for a certificate of appealability. As Petitioner is not seeking to appeal "the final order in a proceeding under 28 U.S.C.A. §2255," a certificate of appealability is not required. 28 U.S.C.A. §2254(c)(1)(b); Bledsoe v. United States, 384 F.3d 1232, 1235 (10th Cir. 2004); Montez v. McKinna, 208 F.3d 862, 867 (10th Cir. 2000) ("a *federal* prisoner proceeding under §2241 does not need a certificate of appealability to appeal a district court's denial of the petition"). Accordingly, Petitioner's request for a certificate of appealability is DENIED.

IT IS SO ORDERED this 28th day of April, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

---

[1] *Petitioner's notice of appeal was placed in the mail thirty-eight days (and filed forty-four days) after the entry of the Court's March 9, 2005, Order.*